UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE TORO, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>TRU KIDS, INC.<br><br>　　　　　　　Defendant. | Case No. 1:22-cv-10718<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

　　　Dated:　Forest Hills, New York
　　　　　　　February 13, 2023

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ **Mars Khaimov**
　　　　　　　　　　　　　　　　　　　By:　Mars Khaimov, Esq.
　　　　　　　　　　　　　　　　　　　　　　108-26 64th avenue, Second Floor
　　　　　　　　　　　　　　　　　　　　　　Forest Hills, New York 11375
　　　　　　　　　　　　　　　　　　　　　　Tel (929) 324-0717
　　　　　　　　　　　　　　　　　　　　　　Fax (929) 333-7774
　　　　　　　　　　　　　　　　　　　　　　Email: mars@khaimovlaw.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

[signature]

February 14, 2023